# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19MJ1002 |
| | ) | |
| PLAINTIFF, | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| vs. | ) | |
| | ) | |
| DONYEA NELSON, | ) | ORDER |
| | ) | |
| DEFENDANT. | ) | |

This matter came on for a hearing pursuant to 18 U.S.C. § 3142 on the Government's Motion for Detention. Upon consideration of the evidence presented at the hearing as well as the report and recommendation of the Office of Pretrial Services ("Pretrial Services") submitted in advance of the hearing, the Government's Motion for detention is DENIED.  The undersigned adopts the recommendation of Pretrial Services that Defendant be released on bond with standard and special conditions.  The undersigned concludes that the Government failed to meet its burden of proving that no condition or combination of conditions can be set that will reasonably assure the appearance of the Defendant and the safety of the community.

Defendant is ordered released on a $20,000 unsecured bond. Standard and special conditions apply. The Government's oral Motion for Stay pending appeal is GRANTED.

**IT IS SO ORDERED**.

Dated: January 11, 2019

**KATHLEEN B. BURKE**
**U.S. MAGISTRATE JUDGE**