IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:19MJ1002 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| | ) | |
| v. | ) | |
| | ) | |
| DONYEA NELSON, | ) | NOTICE OF APPEAL |
| | ) | |
| Defendant. | | |

Notice is hereby given that the United States of America appeals to the United States

District Court from the order issued by Magistrate Judge Kathleen B. Burke in the above

captioned case on January 11, 2019, releasing defendant DONYEA NELSON on bond.  The

government requests that a United States District Judge be assigned to review the bond ruling.

The government certifies that this appeal is not taken for purpose of delay.

Respectfully submitted,

JUSTIN E. HERDMAN
Acting United States Attorney

By:    /s/ Damoun Delaviz

Damoun Delaviz (PA: 309631)
Assistant United States Attorney
Federal Building
2 South Main Street, Room 208
Akron, OH 44308
(330) 761-0530
(330) 375-5492 (facsimile)
Damoun.Delaviz@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January 2019, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ Damoun Delaviz
Damoun Delaviz
Assistant U.S. Attorney

3